for the First Circuit denied. *Mr. Ezra R. Thayer* for petitioner. *Mr. Robert M. Morse* and *Mr. William M. Richardson* for respondent.

---

No. 717. THE STEAMSHIP FOLMINA, ETC., PETITIONER, *v.* GUSTAVE A. JAHN ET AL. January 10, 1910. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. J. Parker Kirlin* and *Mr. John M. Woolsey* for petitioner. *Mr. Frederick M. Brown* for respondents.

---

No. 719. WESTINGHOUSE ELECTRIC & MANUFACTURING COMPANY, PETITIONER, *v.* THE WAGNER ELECTRIC MANUFACTURING COMPANY. January 17, 1910. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit granted. *Mr. Paul Bakewell* and *Mr. Thomas B. Kerr* for petitioner. No appearance for respondent.

---

No. 586. HARRY HAYNES, PETITIONER, *v.* THE BALTIMORE & OHIO RAILROAD COMPANY. January 17, 1910. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Sixth Circuit denied. (Mr. Justice Lurton did not participate in the disposition of this application.) *Mr. Orville S. Brumback* for petitioner. *Mr. F. A. Durban* for respondent.

---

No. 701. METROPOLITAN LIFE INSURANCE COMPANY, PETITIONER, *v.* ELIZA A. WILLIAMSON. January 17, 1910. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied. *Mr. W. G. M. Thomas*